UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Johnson ,<br><br>Plaintiff(s)<br><br>v.<br><br>Al Safyah, Inc., et al. ,<br><br>Defendant(s) | Case No. C 23-cv-03537-NC<br><br>NOTICE OF SETTLEMENT OF ADA ACCESS CASE<br><br>(ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __45__ days.

Date: 8/22/2023

Signed: /s/ Cris C. Vaughan
                Attorney for Plaintiff(s)

Signed:_____
                Attorney for Defendant(s)

Signed:_____
                Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*